■ THOMAS FAHRENHOLZ, Respondent, v SECURITY MUTUAL INSURANCE COMPANY, Appellant, and THE KREINER COMPANY, INC., Respondent. (Appeal No. 3.) [821 NYS2d 512]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered September 20, 2005. The order granted plaintiff's motion seeking, inter alia, to add interest to the amount of the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see De Long Corp. v Morrison-Knudsen Co.*, 14 NY2d 346, 347-348 [1964]; *see also* CPLR 5501 [a] [1]). Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.